**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

  PEREZ,                                              :
                                                     :
                                        Petitioner,  :
                                                     :         1:21-cv-02360-ALC-KHP
            -against-                                :
                                                     :
                                                     :
  DECKER, ET AL.,                                    :         **ORDER**
                                                     :
                                        Respondents. :
                                                     :
                                                     :
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/1/2021

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Petitioner filed a motion for preliminary injunction. Respondents

appeared on March 30, 2021. The Court hereby ORDERS the parties to comply with the below

briefing schedule.

- Reponse from Respondents: April 5, 2021

- Reply from Petitioner: April 7, 2021

 **SO ORDERED.**

**Dated:  April 1, 2021**
    **New York, New York**

_____
    **ANDREW L. CARTER, JR.**
    **United States District Judge**

1