```
                                              USDC SDNY
                                              DOCUMENT
UNITED STATES DISTRICT COURT                  ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                 DOC#: _____
-------------------------------------------------------------X    DATE FILED:  4/2/2021
                                              :
    PEREZ,                                    :
                                              :
                                              :
                               Petitioner,    :
          -against-                           :   1:21-cv-02360-ALC
                                              :
                                              :
    DECKER, ET AL.,                           :   ORDER
                                              :
                               Respondents.   :
                                              :
                                              :
-------------------------------------------------------------X
```

**ANDREW L. CARTER, JR., United States District Judge:**

On March 26, 2021, Petitioner filed a motion for preliminary injunction. Respondents appeared on March 30, 2021. The Court set a briefing schedule by an Order dated April 1, 2021. However, Respondent has filed a jurisdictional objection and requested expedited resolution of the matter. Accordingly, Petitioner is ORDERED to file a response to Defendant's objection by April 5, 2021. The Court hereby sets a telephonic conference for April 7, 2021 at 3 p.m. Participants are directed to contact the Court at that date and time at (888) 363-4749 (access code: 3768660).

**SO ORDERED.**

Dated: April 2, 2021
      New York, New York
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**