```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    PEREZ,
                                    Petitioner,
            -against-                                              1:21-cv-02360-ALC

    DECKER, ET AL.,                                                TRANSFER ORDER

                                    Respondents.
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/15/2021__

**ANDREW L. CARTER, JR., United States District Judge:**

For the reasons set forth on the record at the April 15, 2021 proceeding before this Court, the Court hereby transfers this matter to the District of New Jersey. Given the significant liberty interest at stake and the time sensitivity of Petitioner's claim, the Court waives the seven-day waiting period customarily afforded under Local Civil Rule 83.1 and directs the Clerk to effectuate the transfer as soon as possible.

**SO ORDERED.**

Dated: **April 15, 2021**
      **New York, New York**　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**